**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KUNDUZ KOKOBAEVA, on behalf of hersef and all others similarly situated, ) ) ) | |
| Plaintiffs, ) | Case No. 1:13-cv-13272 |
| ) v. ) ) | Hon. Douglas P. Woodcock |
| THE DONNA KARAN COMPANY STORE, LLC, ) ) ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kunduz Kokobaeva hereby gives notice of her Dismissal Without Prejudice against Defendant The Donna Karan Company Store, LLC. Except as otherwise agreed, each party shall bear her or its own costs and expenses, including attorneys' fees.

Dated: March 28, 2014

Respectfully Submitted,

KUNDUZ KOKOBAEVA, on behalf of themselves and all others similarly situated

By: _____
One of the Attorneys for
Plaintiff and the Putative Class

Alexander Shapoval
*ashapoval@siprut.com*
**SIPRUT PC**
1 Winnisimmet Street
Chelsea, MA 02150
Tel: 617.889.5800
Fax: 617.884.3005

Joseph J. Siprut*
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois  60602
Tel: 312.236.0000
Fax:  312.948.9196

\*  Admitted *pro hac vice*

4813-2359-5542, v.  1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Notice of Dismissal Without Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system on March 28, 2014, and served electronically on all counsel of record.

_____
Joseph Siprut

4823-0989-3400, v. 1